| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| JEREMY W. FAITH (SBN 190547)<br>MONSI MORALES (SBN 235520)<br>NOREEN A. MADOYAN (SBN 279227)<br>MARGULIES FAITH LLP<br>16030 Ventura Boulevard, Suite 470<br>Encino, California 91436<br>Telephone: (818) 705-2777<br>Facsimile: (818) 705-3777<br>Email: Monsi@MarguliesFaithLaw.com<br>Email: Noreen@MarguliesFaithLaw.com<br><br>☐ *Individual appearing without attorney*<br>☒ *Attorney for* Plaintiff, RS Construct, Inc. | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - NORTHERN DIVISION**

| | |
|---|---|
| In re:<br>RS CONSTRUCT, INC.,<br><br><br><br>Debtor(s). | CASE NO.: 9:17-bk-10920-DS<br>CHAPTER: 11<br>ADVERSARY NO.: 9:18-ap-01025-DS |
| RS CONSTRUCT, INC.,<br><br><br>Plaintiff(s),<br>vs.<br><br>THE WHITING-TURNER CONTRACTING COMPANY, a California Corporation,<br><br>Defendant. | **NOTICE OF VOLUNTARY DISMISSAL OF AN ADVERSARY PROCEEDING THAT DOES NOT INVOLVE CLAIMS UNDER 11 U.S.C. § 727**<br><br>**[FRBP 7041(a)]** |

A complaint was filed on (*date*) __05/07/2018__ and none of the claims involve 11 U.S.C. § 727:

☒ No response has been filed with the court or served on the plaintiff; or

☐ The parties filed a stipulation to dismiss the adversary proceeding on (*date*) _____; or

☐ The parties orally stipulated to dismiss on the record of the court on (*date*) _____.

Notice is given that the above-entitled contested matter [docket entry # __1__ ] is dismissed pursuant to FRBP 7041(a).

Date: __10/30/2018__                    __MARGULIES FAITH, LLP_____
                                                              Printed name of law firm (if applicable)
                                                              Noreen A. Madoyan
                                                              Printed name of individual Movant or attorney for Movant


                                                              /s/ Noreen A. Madoyan_____
                                                              Signature of individual Movant or attorney for Movant

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

16030 Ventura Blvd., Suite 470, Encino, CA 91436

A true and correct copy of the foregoing document entitled: **NOTICE OF VOLUNTARY DISMISSAL OF AN ADVERSARY PROCEEDING THAT DOES NOT INVOLVE CLAIMS UNDER 11 U.S.C. § 727** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) __10/30/2018__, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

ATTY FOR PLAINTIFF: Jeremy Faith    Jeremy@MarguliesFaithlaw.com, Helen@MarguliesFaithlaw.com;Noreen@MarguliesFaithlaw.com; Victoria@MarguliesFaithlaw.com
ATTY FOR UST: Brian D Fittipaldi    brian.fittipaldi@usdoj.gov
ATTY FOR PLAINTIFF: Noreen A Madoyan    Noreen@MarguliesFaithLaw.com, Helen@MarguliesFaithlaw.com;Victoria@MarguliesFaithlaw.com
ATTY FOR PLAINTIFF: Monserrat Morales    mmorales@marguliesfaithlaw.com, Victoria@marguliesfaithlaw.com;Helen@marguliesfaithlaw.com
UST: United States Trustee (ND)    ustpregion16.nd.ecf@usdoj.gov

☐ Service information continued on attached page

2. **SERVED BY UNITED STATES MAIL**: On (*date*) __10/30/2018__, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

JUDGE: Hon. Deborah J. Saltzman, U.S. Bankruptcy Court, 255 E. Temple Street, Suite 1634, Los Angeles, CA 90012
DEBTOR: RS Construct, Inc. 6403 Sea Star Drive, Malibu, CA 92711
DEBTORS: Randolph and Angela Sall, 6403 Sea Star Drive, Malibu, CA 90265
DEFENDANT: The Whiting-Turner Contracting Company, 300 East Joppa Road, 8th Floor, Baltimore, MD 21286

☐ Service information continued on attached page

3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) __10/30/2018__, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

VIA EMAIL:
Attorney for Whiting-Turner Contracting Company: Tim Truax - tim@truaxlaw.com

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 10/30/2018 | Victoria Castrellon | /s/ Victoria Castrellon |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2014*    Page 2    **F 7041-1.ADV.VOLUNTARY.DISMISSAL**